**RECEIVED**

JAN - 2 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| STEVEN E. PLUNKETT | DOCKET NO. 11-CV-1973 |
| VERSUS | JUDGE TRIMBLE |
| WALTER GARNETT, ET AL | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendations of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C.1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 2nd day of January, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE